1080

THE STATE OF WASHINGTON, *Respondent*, v. AARON
EUGENE HOWERTON, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-1-00822-1, Paul D. Hansen and
Ronald L. Castleberry, JJ., entered May 22, 1995. *Affirmed*
by unpublished opinion per Ellington, J., concurred in by
Becker and Cox, JJ.

BARBARA J. O'STEEN, ET AL., *Respondents*, v. BETTY J.
VISSER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-05716-2, James Dore, J. Pro Tem.,
entered September 13, 1995. *Affirmed* by unpublished per
curiam opinion.

THE STATE OF WASHINGTON, *Appellant*, v. JAMES
PENINGER, *Respondent*.

Appeal from a judgment of the Superior Court for Ska-
git County, No. 95-1-00198, Michael E. Rickert, J., entered
March 1, 1996. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Kennedy, A.C.J., and Cox, J.

THE STATE OF WASHINGTON, *Respondent*, v. BANNER
DAWSON, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 95-1-00898-7, Stephen J. Mura, J., entered
March 13, 1996. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Cox and Ellington, JJ.